UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60251-CIV-SINGHAL/VALLE

MATTHEW ORSO, as successor to
Kenneth D. Bell in his capacity as
court-ordered receiver for Rex Venture
Group, LLC d/b/a ZeekRewards.com,

      Plaintiff,

v.

LOUIS A. ALEXIS,

      Defendant,

v.

BANK OF AMERICA, *et al.*,

      Garnishees.

_____/

## ORDER

**THIS CAUSE** is before the Court upon the Claim of Exemption and Request for

Hearing (DE [17]) filed by Louis A. Alexis and the Report and Recommendation (DE [25])

of the Magistrate Judge recommending that the writs of garnishment directed to

Garnishees Bank of America (DE [11]) and PNC Bank (DE [11]) be dissolved. No

objections have been filed to the Report and Recommendation and the time to file

objections has expired.

The Court has reviewed the Report and Recommendation and the file and

concludes that the writs of garnishment must be dissolved because Plaintiff failed to serve

a written response to Defendant's Claim of Exemption. *See* Fla. Stat. § 77.041(3) ("[I]f the

plaintiff or plaintiff's attorney does not file a sworn written statement that answers the

defendant's claim of exemption…no hearing is required and the clerk must automatically dissolve the writ.…"). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation (DE [25]) is **APPROVED AND ADOPTED.** The Clerk of Court is directed to dissolve the writs of garnishment issued to Bank of America (DE [11]) and PNC Bank (DE [11]) and notify the parties of the dissolution by mail. Defendant's Claim of Exemption and Request for Hearing (DE [17]) is **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of July 2022.

_____

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF
and Defendant, pro se, by US Mail

2